IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TIMOTHY G. CROWLEY and<br>CATHY CROWLEY | )<br>)<br>) |
| v. | ) NO. 3:06-0396<br>) JUDGE CAMPBELL |
| CITY OF MURFREESBORO,<br>TENNESSEE, et al. | )<br>) |

ORDER

Pending before the Court is Defendants' Motion for Partial Summary Judgment as to Claims of "Malicious Abuse of Process," False Arrest and False Imprisonment (Docket No. 68).

For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED. Partial summary judgment is granted to Defendants as to Plaintiffs' claims for "malicious abuse of process" (which has now been defined by Plaintiffs as a claim for malicious prosecution), false arrest and false imprisonment, and those claims are DISMISSED.

All remaining issues will be tried on March 11, 2008, as previously scheduled.

IT IS SO ORDERED.

                                                                                                                                     _____
                                                                                                                                     TODD J. CAMPBELL
                                                                                                                                     UNITED STATES DISTRICT JUDGE

1